In the Matter of the Application of MICHAEL MONTARIO,
    Appellant, for a Writ of Mandamus against NEW
    YORK TELEPHONE COMPANY, Respondent.

*Matter of Montario* v. *N. Y. Telephone Co.*, 181 App. Div. 893,
appeal dismissed.

(Argued May 29, 1918; decided June 14, 1918.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
December 1, 1917, which reversed an order of Special
Term granting a motion for a peremptory writ of
mandamus to compel the defendant to restore telephone
service to the petitioner who maintains a barber shop
in the borough of Brooklyn and until the 10th day of
March, 1917, was a subscriber of the telephone company
under its usual form of contract. On that date the police
moved the telephone instrument from his premises and
arrested one of his employees on the charge of violating
section 986 of the Penal Law by receiving and recording
bets on horse races. On being notified by the police that
service had been so interrupted, the telephone company
canceled its contract with the relator and declined to
re-establish the service without notice to and approval
of the police department for the reason that the rule and
arrangement that the telephone company has with the
police department is that whenever a subscriber's tele-
phone service is interrupted by the police, the telephone
company is notified by the police department and there-
upon the contract with the subscriber whose service has
been interrupted by the police is canceled by the telephone
company and such telephone service is not re-established
thereafter until the police department has been notified
and has approved of such re-establishment of service.
The police department refused to approve the re-estab-
lishment of relator's service and directed the company
not to restore it. Thereupon this proceeding was
commenced.

*Charles Goldzier* and *Julian V. Carable* for appellant.

*Alexander Cameron* and *Charles T. Russell* for respondent.

*William P. Burr, Corporation Counsel* (*Terence Farley* of counsel), for police commissioner of city of New York, intervening.

Appeal dismissed, with costs; no opinion.

Concur: CHASE, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HOGAN, J. Not sitting: HISCOCK, Ch. J.